[No. 17114-1-III.    Division Three.    February 25, 1999.]

KAHUNA LAND COMPANY, *Appellant*, v. SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-03843-6, Salvatore F. Cozza, J., entered November 19, 1997. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J. Now published at 94 Wn. App. 836.

[No. 17178-7-III.    Division Three.    February 25, 1999.]

*In the Matter of the Marriage of* RONALD H. WARNINGER, *Respondent*, and LINDA C. WARNINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-3-00147-6, James P. Hutton, J., entered January 9, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[Nos. 20377-4-II; 20378-2-II;    Division Two.    February 26, 1999.]
20436-3-II; 20394-4-II.

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN F. MERCIER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL L. ROUSE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW L. GILES, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. HIGH, *Appellant*.

Appeals from judgments of the Superior Court for Mason County, Nos. 95-1-00265-0, 95-1-00266-8, 95-1-00258-7, and 95-1-00263-6, James B. Sawyer II, J., entered January 11, January 25, February 1, and February 8, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Houghton, J.